UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CAUSE NO. 1:21-cr-00007-JRS-MJD |
| DANIEL HOWARD, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, through undersigned counsel, moves this Court to substitute

MaryAnn T. Mindrum,

Assistant United States Attorney, as counsel in this case on behalf of the United States of America, for the appearances of any of the following former Assistant United States Attorney(s), whose appearance(s) should be withdrawn

Kristina M. Korobov.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ MaryAnn T. Mindrum
        MaryAnn T. Mindrum
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market Street, Suite 2100
        Indianapolis, IN 46204-3048
        Telephone: (317) 226-6333
        Email: MaryAnn.Mindrum@usdoj.gov